IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 14-cv-299-bbc

ESTATE OF CHARLES E. CONNORS, et al.,

    Defendants.

**ORDER FOR SERVICE BY PUBLICATION**

On April 24, 2014, the United States filed an action to foreclose a mortgage upon real estate in Ashland County, Wisconsin, with the following legal description:

> Lot 56 of Aspen Acres Subdivision Phase II, located within $S\frac{1}{2}$ $SE\frac{1}{4}$ Section 15, Township 47 North, Range 2 West, 4th P.M., Ashland County, Wisconsin, containing .56 acres, more or less, subject to all valid existing rights-of-way of record.

The United States has now filed a motion for an Order for Service by Publication, pursuant to 28 U.S.C. § 1655, directing Defendants Unknown Heirs and Devisees of Charles E. Connors, and Unknown Owners and Non-Record Claimants, to appear or plead by September 26, 2014.

Upon the motion of the United States and all documents filed herein,

IT IS ORDERED that this Order be published in <u>The Daily Press</u>, a newspaper published in the City of Ashland, Ashland County, Wisconsin, once each week for six successive weeks, prior to September 12, 2014.

IT IS FURTHER ORDERED that Defendants Unknown Heirs and Devisees of Charles E. Connors, and Unknown Owners and Non-Record Claimants, appear or plead to the Complaint filed herein on or before September 26, 2014. If the absent Defendants fail to appear or plead by September 26, 2014, the Court will proceed to the hearing and adjudication of this foreclosure action as if said Defendants had been served with process.

Dated this 25th day of July, 2014.

BY THE COURT:

BARBARA B. CRABB / MAGISTRATE
United States ~~District~~ Judge
Western District of Wisconsin