IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   Case No. 14-cv-299-bbc

ESTATE OF CHARLES E. CONNORS, et al.,

      Defendants.

---

**ENTRY OF DEFAULT**

---

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Unknown Heirs and Devisees of Charles E. Connors
    Unknown Owners and Non-Record Claimants

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against said Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this __2nd__ day of October, 2014.

                                                          s/L. Kamke, Deputy Clerk
                                                          PETER OPPENEER
                                                          Clerk of Court
                                                          United States District Court
                                                          Western District of Wisconsin